**Order filed October 19, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00442-CV

———————————

## IN THE MATTER OF D. R. B. III, Appellant

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-04361J (2015-04350J – Co-Defendant)**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of Petitioner's Exhibits #53, #54, #166, #167, #168, #174.

The exhibit clerk of the 314th District Court is directed to deliver to the Clerk of this court the original of Petitioner's Exhibits #53, #54, #166, #167, #168, #174, on or before October 24, 2016. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Petitioner's Exhibits #53, #54, #166, #167, #168, #174, to the clerk of the 314th District Court.


PER CURIAM